UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FIDEL VAZQUEZ,<br><br>           Petitioner,<br><br>     v.<br><br>B. BIRKHOLZ,<br><br>           Respondent. | Case No. 2:23-cv-05279-WLH-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1 "Petition") filed by Fidel Vazquez ("Petitioner"), the Motion to Dismiss the Petition (Dkt. 5, "Motion") filed by Respondent, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 7, "Report"). No party filed a timely objection to the Report or timely sought additional time in which to do so. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1)   The Motion (Dkt. 5) is **GRANTED**; and

  (2)  Judgment shall be entered dismissing this action with prejudice.

Dated: December 18, 2023

                  HON. WESLEY L. HSU
                  United States District Judge