JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FIDEL VAZQUEZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>B. BIRKHOLZ,<br><br>　　　　　　Respondent. | Case No. 2:23-cv-05279-WLH-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied, and this action is dismissed with prejudice.

Dated: December 18, 2023

_____
HON. WESLEY L. HSU
United States District Judge